USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
VICTORIANO TAVAREZ, individually and as the
representative of a class of similarly
situated persons,

                      Plaintiff,

      -against-

HOPNEY PACIFICA, LLC.,

                      Defendant.
-----------------------------------------------------------------X

21-CV-9818 (PAE) (KHP)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Order of Discontinuance filed on April 11, 2022 (doc. no 15) the Initial Case Management Conference currently scheduled for **May 19, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               April 12, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge